No. 73-63 Kenneth Andrew Rivera, PVT, U. S. Marine Corps v BRIG GEN W. G. Joslyn, USMC, Commanding General, Marine Corps Base, Twentynine Palms, California.

On consideration of the Petition for Extraordinary Relief, of the Government Response to Order to Show Cause and of the documents incidental to said Response filed in this with the latter pleading, it appearing that the respondent has acted pursuant to Article 60, Uniform Code of Military Justice, upon the record of petitioner's trial by general court-martial conducted July 5 and 6, 1973, at Marine Corps Base, Twentynine Palms, California, and that said record of trial has been received by the United States Navy Court of Military Review, it is, by the Court, this 19th day of December 1973,

ORDERED:

That said petition be, and the same hereby is, dismissed as moot. This action is without prejudice to the right of petitioner to raise the same issue before said Court of Military Review. Rhoades v. Haynes, 22 USCMA 189, 46 CMR 189 (1973).

---

July 16, 1973

No. 73-33 Steven J. Sims, PVT, U. S. Marine Corps v. United States.

On consideration of the Petition for Appropriate Relief and of the Response to Order to Show Cause filed in the above-entitled action it appearing that the convening authority has acted upon the record of petitioner's trial and has forwarded said record for review by the Court of Military Review as established respectively by General Court-Martial Order Number 13-73, Headquarters, 2d Marine Aircraft Wing, FMF, Atlantic, Marine Corps Air Station, Cherry Point, North Carolina, and by Certificate of Receipt of the Clerk of the United States Navy Court of Military Review, it is, by the Court, this 16th day of July 1973,

ORDERED:

That said petition be, and the same hereby is, dismissed as moot. This action is without prejudice to the right of petitioner to assign error predicated upon the delay either before the Court of Military Review or in a Petition for Grant of Review in this Court, should such action be considered necessary or appropriate.

---

August 21, 1973

No. 73-38 Patrick Allen O'Brien, PVT, U. S. Marine Corps v. United States.

On consideration of the Petition for Extraordinary Relief in the Nature of a Writ of Habeas Corpus filed in the above-entitled action, it appearing that the Judge Advocate General, United States Navy, has filed a timely Certificate for Review pursuant to Article 67(b)(2), Uniform Code of Military Justice, 10 USC § 867(b)(2), it is, by the Court, this 21st day of August 1973,

ORDERED:

That said petition be, and the same hereby is, denied.